**IT IS ORDERED as set forth below:**

**Date: August 20, 2015**

_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

```
                  UNITED STATES BANKRUPTCY COURT
                  NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION

IN RE:                              }   CHAPTER 13
                                    }
EDWARD WADE MARSHALL and            }   CASE NO. A15-52689-BEM
JACQUELYN WILLIS MARSHALL,          }
                                    }   JUDGE ELLIS-MONRO
     DEBTOR(S)                      }
_____}
                                    }
MARY IDA TOWNSON,                   }
CHAPTER 13 TRUSTEE,                 }   CONTESTED MATTER
                                    }
     OBJECTOR,                      }
                                    }
          v.                        }
                                    }
ARMY & AIR FORCE EXCHANGE SERVICES, }
                                    }
     CLAIMANT.                      }
```

### ORDER ON TRUSTEE'S OBJECTION TO CLAIM 5-1

The Chapter 13 Trustee's Objection to Claim 5-1 came before this Court at a hearing held August 11, 2015 at 11:00 a.m. The

Trustee's Objection alleged the Claimant's Proof of Claim was filed after the claims bar date, in violation of Federal Rules of Bankruptcy Procedure, Rule 3002(c) and, as a result, requested Claim 5-1 in the amount of $2,314.74 be disallowed in its entirety.  As no opposition to the Trustee's Objection was heard at the call of the Court's calendar, it is hereby

ORDERED that the Trustee's Objection is SUSTAINED and that Claim 5-1 on the Court's Claims Register is DISALLOWED.

The Clerk of Court shall serve a copy of this Order on all parties appearing on the attached Distribution List.

**END OF DOCUMENT**

Order Presented By:


_____/s/_____
Sonya M. Buckley, Staff Attorney
Mary Ida Townson
Standing Chapter 13 Trustee
GA Bar No.: 140987
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com

**DISTRIBUTION LIST**

Edward Wade Marshall
2713 Dodson Drive
Atlanta, GA 30344

Jacquelyn Willis Marshall
2713 Dodson Drive
Atlanta, GA 30344

King & King Law, LLC
215 Pryor Street
Atlanta, GA 30303

Army & Air Force Exchange Services
c/o Bass & Associates, P.C.
Attn: Susan Karder, Administrative Assistant
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303